IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:08cr103

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> LORENZO KENYON MASON. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court on remand from the United States Fourth Circuit Court of Appeals [Doc. 28; Doc. 29].

On August 23, 2010, the Fourth Circuit vacated the Defendant's sentence and remanded the matter for a new resentencing hearing. United States v. Mason, 2010 WL 3297254. The case was reassigned to the undersigned on August 24, 2010 due to the retirement of the sentencing judge. On September 24, 2010, the mandate from the Fourth Circuit was received in this Court. It is therefore necessary to have the Defendant transported back into the District for resentencing. At that hearing, he should be represented by court-appointed counsel, having been so represented previously.

**IT IS, THEREFORE, ORDERED** that the United States Marshal shall transport the Defendant to the Western District of North Carolina, Asheville Division for resentencing. Pending resentencing, the Defendant shall remain in custody.

**IT IS FURTHER ORDERED** that the Defendant shall receive court-appointed counsel.

Signed: September 21, 2010

Martin Reidinger
United States District Judge