**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:08cr103**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **LORENZO MASON.** | ) | |
| | ) | |

   **THIS MATTER** is before the Court on the Defendant's *pro se* Notice of Appeal and Request for Appointment of Counsel [Doc. 37].

   With regard to the question of the appointment of counsel, Federal Rule of Appellate Procedure 24 provides that a party who was permitted to proceed *in forma pauperis* in the district court may proceed on appeal *in forma pauperis* without further authorization. Fed.R.App.P. 24(a)(3)(A). The Defendant has court-appointed counsel who will be allowed to continue to represent the Defendant on appeal.

   **IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* Request for Appointment of Counsel [Doc. 37] is hereby **DENIED** as moot.

Signed: February 11, 2011

Martin Reidinger
United States District Judge